THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
CHARLES E. ACKER, Respondent.

SAME, Appellant, *v.* SAME, Respondent.

SAME, Appellant, *v.* SAME, Respondent.

*People* v. *Acker*, 134 App. Div. 908, affirmed.
(Argued February 15, 1911; decided March 3, 1911.)

APPEAL in each of the above actions from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 6, 1909, which affirmed an interlocutory judgment of the Niagara County Court sustaining a demurrer to an indictment charging the defendant with the crime of subornation of perjury.

*Fred M. Ackerson, District Attorney,* for appellant.

*Daniel J. Kenefick* and *Alfred W. Gray* for respondent.

Order in each case affirmed on the authority of *In re Loney* (134 U. S. 372); no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: HAIGHT, J.